# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK N.A.,<br><br>    Defendant. | NO. CV 11-10225 FMO<br><br><br>**ORDER TO SHOW CAUSE** |

Rule 4(m) of the Federal Rules of Civil Procedure requires the summons and complaint to be served on all defendants no later than 120 days after the filing of the complaint. The Complaint in this case was filed on December 9, 2011, approximately 120 days ago. As of the filing date of this Order, the record indicates that plaintiff has failed to complete service.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **April 13, 2012,** plaintiff shall show cause why this action should not be dismissed for plaintiff's failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. Failure to file the declaration by the deadline set forth above or to show cause as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof of service shall be a satisfactory response to the Order to Show Cause.**

Dated this 6th day of April, 2012.

                                                                  /s/
                                            Fernando M. Olguin
                                    United States Magistrate Judge