NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:
Howard I. Camhi (SBN 149194)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212
Tel: 310-273-6333

ATTORNEY(S) FOR: Peter A. Davidson, Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON<br><br><br><br><br>Plaintiff(s),<br><br>v.<br><br>CITIBANK, N.A., ET AL.<br><br><br>Defendant(s) | CASE NUMBER:<br><br>CV11-10225 FMO<br><br>**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only) |

### *(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)*

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge Fernando M. Olguin                . All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐   The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☑   The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Howard I. Camhi | _[signature]_ 5/15/2012 | Peter A. Davidson |
| | | |
| | | |

☐   Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge.

## NOTICE TO COUNSEL FROM CLERK:

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (06/11)          STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                                               )   ss:
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) years and not a party to the within action.  My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On May 15, 2012, I served the document described as STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on counsel for the parties in this action, or on the parties in propria persona, addressed as stated below:

Kurt Ernest Kates Ramlo
DLA Piper LLP (US)
550 Hope St. #2300
Los Angeles, CA 90071-2678

[X]     BY MAIL:  By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service.  I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]     BY NEXT-DAY DELIVERY:  Via Overnite Express.  I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express.  In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]     BY FACSIMILE:  I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]     (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on May 15, 2012 at Beverly Hills, California.

Kimberly Anthony

ERVIN COHEN & JESSUP LLP

13325.16:1588701.1