Kurt Ramlo (SBN 166856)
Bertrand Pan (SBN 233472)
**DLA Piper LLP (US)**
550 South Hope Street Suite 2300
Los Angeles, California 90071
Telephone: (213) 330-7800
Facsimile: (213) 330-7600
kurt.ramlo@dlapiper.com
bertrand.pan@dlapiper.com

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp., <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No.: CV-11-10225-JFW (AGRx) <br><br> **Declaration of Lead Trial Counsel re: Compliance with General Order Authorizing Electronic Filing** |

I, Kurt Ramlo, hereby declare as follows:

1. I am a member of the State Bar of California and lead trial counsel for Defendant Citibank, N.A. in the above-entitled action. I am submitting this declaration in accordance with ¶ 3 (a) of the Standing Order issued in this action.

2. I have registered as an ECF User. My CM/ECF email address of record is kurt.ramlo@dlapiper.com. I consent to service and receipt of filed documents by electronic means on behalf of Citibank, N.A. in this action through Notices of Electronic Filing generated by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| 1 | Executed on May 24, 2012, at Los Angeles, California. |
| 2 | |
| 3 | Dated:  May 24, 2012            Respectfully submitted, |
| 4 | DLA Piper LLP (US) |
| 5 | By */s/ Kurt Ramlo* |
| 6 |     Kurt Ramlo |
|   |     Attorneys for Defendant Citibank, N.A. |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is DLA Piper LLP (US), 550 South Hope Street, Suite 2300, Los Angeles, California 90071.

On **May 24, 2012**, I served the foregoing document described as: **Declaration of Lead Trial Counsel re: Compliance with General Order Authorizing Electronic Filing** on the interested parties in this action as follows:

*Attorney for Plaintiff Peter A. Davidson*
Howard I Camhi
hcamhi@ecjlaw.com

_X_ **By E-MAIL OR ELECTRONIC TRANSMISSION** (by notice of electronic filing)

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 24, 2012, at Los Angeles, California.

Jean Kim
Name

Signature

DLA PIPER LLP (US)
LOS ANGELES

EAST\48537148.1

-1-
Declaration of Lead Trial Counsel re: Compliance
With General Order Authorizing Electronic Filing