Howard I. Camhi (SBN 149194)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
e-mail hcamhi@ecjlaw.com

Attorneys for Plaintiff Peter A. Davidson,
Receiver for CanAm Capital Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp.,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | CASE NO. CV 11-10225-JFW (AGRx)<br><br>RESPONSE TO ORDER TO SHOW CAUSE RE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION |

COMES NOW, Plaintiff Peter A. Davidson, Receiver for CanAm Capital Corp., who respectfully submits this Response to Order to Show Cause Why Action Should Not Be Dismissed For Lack Of Subject Matter Jurisdiction entered by this Court on August 27, 2012 as Docket No. 22 (the "OSC"), as follows:

This Court expressed its concern in the OSC that Plaintiff failed to specifically allege the citizenship of Defendant, notwithstanding Plaintiff's allegation regarding the Defendant's then-believed principal place of business.

In light of this Court's statement in the OSC that it would consider the filing of an amended complaint correcting the perceived jurisdictional defects to be a satisfactory response to the OSC, Plaintiff is causing to be concurrently filed a First

Amended Complaint which corrects the jurisdictional defects described by the Court.

    Specifically, Paragraph 3 of the First Amended Complaint reads as follows:

> Defendant, Citibank N.A., ("Citi" or "Defendant") is a National Banking Association with its main office located in South Dakota and Defendant is therefore a citizen of the State of South Dakota. In the alternative, Plaintiff alleges that Defendant's principal place of business is located in the State of New York and thus Defendant is a citizen of the State of New York. In either case Plaintiff, a citizen of the State of California, alleges that complete diversity of citizenship exists between Plaintiff and Defendant. In addition, Plaintiff alleges that this Court has original jurisdiction over this matter against Defendant, a National Banking Association, pursuant to 28 U.S.C. § 1348.

    A bank is "located" only where it has its main office, not where it maintains branch offices. *Wachovia Bank v Schmidt*, 546 U.S. 303, 306-307, 126 S.Ct 941, 945 (2006). Some Courts hold that a national bank is a citizen of both the state of its main office and the state of its principal place of business. *See, i.e., Firstar Bank, N.A. v Faul*, 253 F.3d 982 (7th Cir. 2001).

    In either case, Plaintiff has specifically alleged in Paragraph 3 of the First Amended Complaint that, for diversity purposes, Defendant is a citizen of either South Dakota or New York. In light of the fact that Plaintiff has alleged he is a citizen of the State of California, complete diversity exists. Plaintiff has also alleged that the amount in controversy exceeds $75,000.00 (See paragraph 5 of the First Amended Complaint) and thus Plaintiff has specifically plead facts sufficient to establish subject matter jurisdiction exists.

    In addition, Plaintiff has specifically plead that this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1348 which provides in pertinent part that the "district court shall have original jurisdiction of any civil action . . .against any national banking association. . .". See Paragraph 3 of the First Amended Complaint. Plaintiff has specifically plead that Defendant is a National Banking Association. *Id.* Accordingly, this Court has original jurisdiction over the

1 | instant lawsuit.

2 |     Plaintiff respectfully requests this Court vacate its OSC to allow the Plaintiff
3 | to prosecute his First Amended Complaint. Policy favors determination of a lawsuit
4 | on its merits. *Martinez v Newport Beach City*, 125 F.3d 777 (9th Cir. 1997) In this
5 | light, dismissal of the action would be improper.

7 | Dated: August 30, 2012      Respectfully submitted,

ERVIN COHEN & JESSUP LLP
HOWARD I. CAMHI

By: /s/ Howard Camhi
Howard I. Camhi
Attorneys for Plaintiff, Peter A. Davidson

13325.16:1679741.1

RESPONSE TO OSC RE WHY ACTION SHOULD NOT BE
DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, California 90212-2974.

On August 31, 2012, I served the document described as RESPONSE TO ORDER TO SHOW CAUSE RE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION on counsel for the parties in this action, or on the parties in propria persona, addressed as stated below:

[ ]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ X ]   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Attorneys for Defendant:
Kurt Ernest Kates Ramlo     kurt.ramlo@dlapiper.com

[ ]   BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[ X ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on August 31, 2012 at Beverly Hills, California.

_____
Kimberly Anthony

13325.16:1588701.1