Kurt Ramlo (SBN 166856)
Bertrand Pan (SBN 233472)
**DLA Piper LLP (US)**
550 South Hope Street Suite 2300
Los Angeles, California  90071
Telephone:  (213) 330-7800
Facsimile:  (213) 330-7600
kurt.ramlo@dlapiper.com
bertrand.pan@dlapiper.com

Attorneys for Defendant Citibank, N.A.

Howard I. Camhi (SBN 149194)
**Ervin Cohen & Jessup LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
hcamhi@ecjlaw.com

Attorneys for Plaintiff Peter A. Davidson, Receiver
for CanAm Capital Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp., <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No.:  CV-11-10225-JFW (AGRx) <br><br> **Stipulation for Order Regarding Discovery Matter** |

Defendant Citibank, N.A. ("Citibank") and Plaintiff Peter A. Davidson, receiver for the assets of CanAm Capital Corp. ("Receiver"), respectfully submit this stipulation for an order allowing production of third-party information and/or

documents following a 21-day period of time for notice and objection, on the following grounds:

1. The complaint alleges that CanAm Capital Corp. paid the personal credit card obligations of one of its principals, Jay J. Barnhardt, owing to Citibank. Citibank has made its initial disclosures, in which it identified documents relating to the credit card account of Jay J. Barnhardt (the "Credit Card Account") as relevant to Citibank's defenses. The Receiver has requested Citibank to share information and documents relating to the Credit Card Account. The parties anticipate that discovery will involve information and documents relating to the Credit Card Account.

2. Information and documents relating to the Credit Card Account (the "Account Information") may confidential information in which non-parties, including Jay J. Barnhardt, may have a legitimate expectation or right of privacy or which contain personally identifying non-public information.

3. In order to facilitate the production of the Account Information, Citibank requires an order from the Court (1) permitting Citibank to produce the Account Information and (2) providing that the Account Information be used only in the instant litigation.

4. Good cause exists for this request as issuance of the order requested herein will (a) facilitate the disclosure and discovery process, (b) permit Citibank to produce the Account Information after notice is sent to the applicable third-parties' address contained in the Account Information and the third-parties are given a 21-day opportunity to object and apply to this Court for a protective order, and (c) potentially enable Citibank and the Receiver to resolve this litigation after review of the Account Information.

6. Accordingly, Citibank and the Receiver, through their counsel of record, hereby request that the Court enter the Order substantially in the form of the [Proposed] Order Regarding Discovery concurrently lodged herewith.

IT IS SO STIPULATED

Respectfully submitted,

Dated: September 25, 2012        Ervin Cohen & Jessup LLP

By  /s/ Howard Camhi
   Howard Camhi
   Attorneys for Plaintiff Peter A. Davison,
   Receiver for CanAm Capital Corporation

Dated: September 25, 2012        DLA Piper LLP (US)

By  /s/ Kurt Ramlo
   Kurt Ramlo
   Attorneys for Defendant Citibank, N.A.

I, Kurt Ramlo, attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

   /s/ Kurt Ramlo
   Kurt Ramlo