Kurt Ramlo (SBN 166856)
Bertrand Pan (SBN 233472)
**DLA Piper LLP (US)**
550 South Hope Street Suite 2300
Los Angeles, California  90071
Telephone:  (213) 330-7800
Facsimile:  (213) 330-7600
kurt.ramlo@dlapiper.com
bertrand.pan@dlapiper.com

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp., <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No.:  CV-11-10225-JFW (AGRx) <br><br> **Order Regarding Discovery Matter** |

  Defendant Citibank, N.A. ("Citibank"), and Plaintiff Peter A. Davidson, as receiver for the assets of CanAm Capital Corp. ("Receiver") having so stipulated, and good cause appearing therefor,

  IT IS HEREBY ORDERED that the Stipulation for Order Regarding Discovery is granted.

  IT IS FURTHER ORDERED that Citibank is hereby permitted to produce to the Receiver information and/or documents relating to a credit card account issued by Citibank to Jay J. Barnhardt (the "Account Information").  Citibank (itself or through its counsel) will send a copy of this Order to Jay J. Barnhardt via U.S. mail and advise him that he has twenty-one (21) days to apply to this Court for an order

1 limiting or precluding Citibank's production of Account Information, absent which
2 Citibank will produce the Account Information.
3     IT IS FURTHER ORDERED that the Account Information produced in
4 accordance with this Order shall be used solely for the purposes of this litigation.

7 DATED: September 27, 2012     */s/ Alicia G. Rosenberg*
8     ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE