Howard I. Camhi (SBN 149194)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
e-mail hcamhi@ecjlaw.com

Attorneys for Plaintiff Peter A. Davidson,
Receiver for CanAm Capital Corp.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. DAVIDSON, Receiver for CanAm Capital Corp.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | CASE NO. CV 11-10225-JFW (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

　　The Court, having reviewed the Stipulation to Dismiss entered into between Plaintiff, Peter A. Davidson, Receiver for CanAm Capital Corp., Plaintiff ("Plaintiff"), and Defendant, Citibank, N.A. ("Defendant"), and good cause appearing therefore,

　　**IT IS HEREBY ORDERED THAT**:

　　1.　The Stipulation of the parties is approved.

　　2.　The Complaint filed against Defendant is dismissed with prejudice in its entirety.

Dated: February 28, 2013

　　　　　　　　　　　　　　　　　　　／s／ John F. Walter
　　　　　　　　　　　　　　　　　　　John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge

13325.16:1758054.1

1